# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manning, Julie A. | U.S. Bankruptcy Court, Connecticut | 05/24/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge--Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court, District of Connecticut
157 Church Street
18th Floor
New Haven, CT 06510

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pre 2000 | Shipman & Goodwin LLP Profit Sharing Retirement Plan (former law firm) with Vanguard |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 05/24/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▬▬▬▬▬▬▬▬ salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Judiciary | 02/24/15 to 02/27/15 | New Paltz, New York | Pro Bono Conference | Transportation, Lodging |
| 2. | American Bankruptcy Institute | 03/08/5 to 03/09/15 | New York, New York | Duberstein Moot Court Competition | Transporation, Lodging |
| 3. | Judiiciary | 04/15/15 to 04/15/15 | New York, New York | Swearing in ceremony | Transportation |
| 4. | Judiciary | 04/20/15 to 04/20/16 | Hartford, Connecticut | Judge Portrait unveiling ceremony | Transportation |
| 5. | American Bankruptcy Institute | 05/08/15 to 05/08/15 | Uncasville, Connecticut | Seminar | Transporation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Manning, Julie A. | 05/24/2016 |

| 6. | New York Turnaround Management Association | 06/16/15 to 06/16/15 | New York, New York | Luncheon | Transportation |
| 7. | American Bankruptcy Institute | 07/09/15 to 07/11/15 | Falmouth, Massachusetts | Northeast Conference | Transportation, Lodging |
| 8. | Federal Judicial Center | 08/04/15 to 08/06/15 | Washington, D.C. | Bankruptcy Judges Workshoop | Transportation, Lodging |
| 9. | Federal Judicial Center | 11/18/15 to 11/20/15 | Washington, D.C. | New Chief Judge Orientation Program | Transporation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 05/24/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 05/24/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. People's United Bank accounts--2015 | B | Interest | O | T | | | | | |
| 2. CHET 529 accounts 2015 | B | Int./Div. | M | T | Buy | 05/25/15 | J | | |
| 3. --Principal Plus Interest Option-no control | | | | | | | | | |
| 4. Vanguard Account 2015 | D | Int./Div. | O | T | | | | | |
| 5. --Vanguard Small -Cap Growth Index Fund | | | | | | | | | |
| 6. --Retirement Savings Trust | | | | | | | | | |
| 7. --Vanguard Selected Value Fund | | | | | | | | | |
| 8. --Vanguard Target Retirement 2025 | | | | | | | | | |
| 9. --Vanguard Wellington Fund | | | | | | | | | |
| 10. --Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 11. Voya 401(k) Savings Plan 2015, f/k/a ING | A | Int./Div. | M | T | | | | | |
| 12. --Pimco Total Return Fund | | | | | | | | | |
| 13. --Vanguard Total Bond Market Investment Fund | | | | | | | | | |
| 14. --ING Target Index Solution 2025 | | | | | | | | | |
| 15. --Equity Index Non-Lendable Fund M | | | | | | | | | |
| 16. --SSgA Russ Sm/Md Cap Index Fund | | | | | | | | | |
| 17. --ING Small Cap Opportunities Prt I | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --ING Real Estate Fund I | | | | | | | | | |
| 19. --Vanguard International Growth Fund | | | | | | | | | |
| 20. --T Rowe Price Ins. Large Cap Growth | | | | | | | | | |
| 21. Fidelity Rollover IRA-2015 | D | Int./Div. | N | T | | | | | |
| 22. --Stocks-General Electric Company | | | | | | | | | |
| 23. --Stocks-People's United Bank | | | | | | | | | |
| 24. --Stocks-SPDR S&P 500 ETF Fund | | | | | | | | | |
| 25. --Stocks-SPDR SER TR S&P Dividend | | | | | | | | | |
| 26. --Stocks-United Parcel Service | | | | | | | | | |
| 27. --Mutual Funds-Pimco Total Return Investment Fund | | | | | | | | | |
| 28. --Fidelity Cash Reserves (FDRXXX) | | | | | | | | | |
| 29. --Stocks-American Realty Capital | | | | | Sold | 01/29/15 | J | A | |
| 30. --Stocks--Google | | | | | Sold | 01/29/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 05/24/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Julie A. Manning**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544